IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICA M. ZERBE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:12-cv-01831 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : : : | Hon. John E. Jones III |
| | : | |
| Defendant. | : | |

## ORDER

### June 26, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Erica M. Zerbe and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Erica M. Zerbe social security disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to

Conduct a new administrative hearing and;

Properly evaluate the evidence and opinions presented by Gary Kemberling, D.O. and, if necessary, elicit further medical opinion regarding Zerbe's residual functional capacity;

Evaluate all of Zerbe's medically determinable impairments and their respective impact on Zerbe's residual functional capacity;

Evaluate evidence relating to Zerbe's use of an assistive device for ambulation and evaluate the impact of medication side effects on Zerbe's residual functional capacity;

Appropriately evaluate Zerbe's credibility and consider the third party statements of Maria Bilge and Timothy Zerbe.

BY THE COURT:

s/John E. Jones III
John E. Jones III
United States District Judge